

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2021

No. 04-21-00164-CV

Melissa **WALLACE** and Top Drawer Property Solutions, LLC,
Appellants

v.

**FIDELITY NATIONAL TITLE INSURANCE COMPANY**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI17915
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Liza A. Rodriguez, Justice

In this appeal, opposing parties filed notices of appeal. Appellants' brief is due on September 16, 2021.

Before the due date, the parties filed a joint motion asking this court to adopt their proposed briefing schedule and to increase the parties' respective aggregate word counts to 37,500 words. *See* TEX. R. APP. P. 9.4(i)(2).

The parties' joint motion is GRANTED. The applicable aggregate word count will be 37,500 words—to accommodate an opening brief, a response brief, and a reply brief. *See* TEX. R. APP. P. 9.4(i). The briefs must comply with all other length and content requirements established by the applicable Rules. *E.g.*, TEX. R. APP. P. 9.4(i), 38.1, 38.2, 38.3.

The parties will submit their briefs according to the following schedule:

| Due Date | Documents |
| --- | --- |
| September 16, 2021 | Appellant's opening brief |
| October 18, 2021 | Appellee's opening/response brief |

FILE COPY

| November 17, 2021 | Appellant's response/reply brief |
|---|---|
| December 7, 2021 | Appellee's reply brief |

Any additional request for an extension of time to file a brief is discouraged. *See, e.g.*, TEX. R. APP. P. 10.5(b), 38.6(d).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2021.



MICHAEL A. CRUZ, Clerk of Court